UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAR -6  A 10: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**ABBEY MARIE JOHNSON**
        Plaintiff,

Vs.                                              Civil Action No:

**ANDALUSIA POLICE DEPARTMENT**;
and **CAPT. RUSTY PATTERSON**,           2:08-cv-157
Andalusia Police Department; and
**OFFICER DARREN RAINES**;
Andalusia Police Department; and
**OFFICER STEVEN MCGOWIN**,
Andalusia Police Department;
        Defendants
_____/

## MOTION FOR ADMISSION PRO HAC VICE

Comes now the Petitioner, Julia O. Murray, pursuant to Fed. Local Rule 83.1(a)(1)(B) and moves this Honorable Court for admission before the court for the limited purpose of representing the Plaintiff in this cause of action.

As grounds for this motion the Petitioner alleges and asserts the following facts:

1. The Petitioner is a member in good standing of the Florida Bar and the Wyoming Bar.

1

2. The Petitioner is a member in good standing of the Federal Northern District of Florida Bar and a certificate of good standing is attached that is hereby incorporated into and made a part of this motion.

WHEREFORE, the Petitioner moves this Honorable Court for an order granting Admission Pro Hac Vice to practice in front of the court in this cause of action.

Done this 29 day of February, 2008 in Crestview, Okaloosa County, Florida.

JAMES R. MURRAY, P.A.

Julia O. Murray, Esq.
Florida Bar No: 0364827
420 E. Pine Avenue
Crestview, FL 32536
(850) 682-6165
FAX (850) 682-8343

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**

WILLIAM M. MCCOOL
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

SHEILA HURST-RAYBORN
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Pensacola Division

February 27, 2008

## CERTIFICATE OF GOOD STANDING

I, WILLIAM M. MCCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **Julia O. Murray, Florida Northern District Bar Number 364827**, was duly admitted to practice in this Court on December 3, 2007, and is in good standing as a member of the bar of this Court.

WILLIAM M. MCCOOL, CLERK OF COURT

By: _____
JEAN M. DAVIS, Deputy Clerk

The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
| --- | --- | --- | --- |
| 401 SE 1st Avenue | 1 N. Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ABBEY MARIE JOHNSON**
      Plaintiff,

Vs.                      Civil Action No: 2:08-CV-157

**ANDALUSIA POLICE DEPARTMENT;**
and **CAPT. RUSTY PATTERSON,**
Andalusia Police Department; and
**OFFICER DARREN RAINES;**
Andalusia Police Department; and
**OFFICER STEVEN MCGOWIN,**
Andalusia Police Department;
      Defendants
_____/

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

This matter having come before this Court upon motion by Julia O. Murray, Co-counsel for Plaintiff, pursuant to Fed. Local Rule 83.1(a)(1)(B), the Court having reviewed the motion and the file, and being otherwise fully advised in the premises, finds that the motion should be GRANTED.

    DONE AND ORDERED this _____ day of _____, 2008.

                                                _____
                                                U.S. District Judge

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004186
Cashier ID: brobinso
Transaction Date: 03/06/2008
Payer Name: WHIBBS RAYBOUN AND STONE PA
------------------------------------
CIVIL FILING FEE
  For: ABBEY MARIE JOHNSON
  Case/Party: D-ALM-2-08-CV-000157-001
  Amount:        $350.00
PRO HAC VICE
  For: JULIA MURRAY
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:        $50.00
PRO HAC VICE
  For: JAMES MURRAY
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:        $50.00
PRO HAC VICE
  For: ERIC STEVENSON
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:        $50.00
------------------------------------
CHECK
  Check/Money Order Num: 13935
  Amt Tendered: $500.00
------------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00

JOHNSON V. ANDALUSIA POLICE DEPT
```