UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ABBEY MARIE JOHNSON**
    Plaintiff,

Vs.                    Civil Action No:

**ANDALUSIA POLICE DEPARTMENT;**
and **CAPT. RUSTY PATTERSON,**    2:08-cv-157
Andalusia Police Department; and
**OFFICER DARREN RAINES;**
Andalusia Police Department; and
**OFFICER STEVEN MCGOWIN,**
Andalusia Police Department;
    Defendants
_____/

## MOTION FOR ADMISSION PRO HAC VICE

Comes now the Petitioner, Julia O. Murray, pursuant to Fed. Local Rule 83.1(a)(1)(B) and moves this Honorable Court for admission before the court for the limited purpose of representing the Plaintiff in this cause of action.

As grounds for this motion the Petitioner alleges and asserts the following facts:

1. The Petitioner is a member in good standing of the Florida Bar and the Wyoming Bar.

**MOTION GRANTED**

THIS 16TH DAY OF March, 2008

_____
UNITED STATES MAGISTRATE JUDGE

1