UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ABBEY MARIE JOHNSON
    Plaintiff,

Vs.

    Case No. 2:08-CV-157

ANDALUSIA POLICE DEPARTMENT;
and CAPT. RUSTY PATTERSON,
Andalusia Police Department; and
OFFICER DARREN RAINES;
Andalusia Police Department; and
OFFICER STEVEN MCGOWIN,
Andalusia Police Department;
    Defendants
_____/

## MOTION FOR ADMISSION PRO HAC VICE

Comes now the Petitioner, Eric D. Stevenson, pursuant to Fed. Local Rule 83.1(a)(1)(B) and moves this Honorable Court for admission before the court for the limited purpose of representing the Plaintiff in this cause of action.

As grounds for this motion the Petitioner alleges and asserts the following facts:

1. The Petitioner is a member in good standing of the Florida Bar.

2. The Petitioner is a member in good standing of the Federal Northern District of Florida Bar and a certificate of good standing is attached that is hereby incorporated into and made a part of this motion.

WHEREFORE, the Petitioner moves this Honorable Court for an order granting Admission Pro Hac Vice to practice in front of the court in this cause of action.

**MOTION GRANTED**

THIS 10th DAY OF March, 2008

_____
UNITED STATES MAGISTRATE JUDGE