IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

ABBEY MARIE JOHNSON, )
)
Plaintiff, )
)
v. ) CASE NO. <u>2:08-cv-00157</u>
)
ANDALUSIA POLICE DEPARTMENT, ETAL., )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>ABBEY MARIE JOHNSON</u>, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |

Date

S/Julia O. Murray
(Signature)

Julia O. Murray
(Counsel's Name)

Abbey Marie Johnson
Counsel for (print names of all parties)
420 E. PINE AVE.
CRESTVIEW, FL 32536
Address, City, State Zip Code
850-682-6165
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, JULIA O. MURRAY, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13th day of MARCH 2008 to:

_____
_____
_____
_____
_____
_____

3/13/2008                                   s/JULIA O. MURRAY
Date                                        Signature