AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ABBEY MARIE JOHNSON

V.

ANDALUSIA POLICE DEPARTMENT, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-157

TO: (Name and address of Defendant)

ANDALUSIA POLICE DEPARTMENT
102 OPP AVENUE
ANDALUSIA, AL 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ERIC D. STEVENSON, ESQ.
WHIBBS, RAYBOUN & STONE
105 E. GREGORY SQUARE
PENSACOLA, FL 32502

**RECEIVED**

MAR 2 4 2008

COVINGTON COUNTY SHERIFF'S DEPT.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                      3/10/08

CLERK                                                          DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | RECEIVED 2008 APR 14 A 10: 48 DEBRA P. HACKETT, CL. U.S. DISTRICT COURT MIDDLE DISTRICT ALA |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-26-08
            Date

Signature of Server     2319

Address of Server

RETURNED AND FILED

APR 0 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3-26-08 |
| NAME OF SERVER (PRINT) ED BYERS | TITLE DEPUTY PS 2319 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CUSTODIAN OF RECORDS (JUDY) A.P.D. ANDALUSIA, AL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-26-08           _Ed Byers PS 2319_
                  Date                    Signature of Server

                          _____
                             Address of Server

RETURNED AND FILED

APR 0 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

ABBEY MARIE JOHNSON

**SUMMONS IN A CIVIL ACTION**

V.
ANDALUSIA POLICE DEPARTMENT,
ET AL.

CASE NUMBER: 2:08-CV-157

TO: (Name and address of Defendant)

OFFICER STEVEN MCGOWIN
ANDALUSIA POLICE DEPARTMENT
102 OPP AVENUE
ANDALUSIA, AL 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ERIC D. STEVENSON, ESQ.
WHIBBS, RAYBOUN & STONE
105 E. GREGORY SQUARE
PENSACOLA, FL 32502

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              3/10/08
CLERK                                                          DATE
(signature)
(By) DEPUTY CLERK

RECEIVED
MAR 24 2008
COVINGTON COUNTY SHERIFF'S DEPT.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

*RECEIVED 2008 APR 14 A 10: 48 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3-26-08__   ___[signature] Byrum PS 2319___
               Date              Signature of Server

_____
Address of Server

**RETURNED AND FILED**

**APR 0 2008**

**CLERK**
**U.S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  3-26-08 |
| NAME OF SERVER (PRINT)  ED BYERS | TITLE  DEPUTY PS 2319 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: RUSTY PATTERSON A.P.D (CAPTAIN)

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-26-08         Ed Byers PS 2319
             Date             Signature of Server

             _____
             Address of Server

**RETURNED AND FILED**

APR 0 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

ABBEY MARIE JOHNSON

**SUMMONS IN A CIVIL ACTION**

V.
ANDALUSIA POLICE DEPARTMENT,
ET AL.

CASE NUMBER: 2:08-CV-157

TO: (Name and address of Defendant)

CAPT RUSTY PATTERSON
ANDALUSIA POLICE DEPARTMENT
102 OPP AVENUE
ANDALUSIA, AL 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ERIC D. STEVENSON, ESQ.
WHIBBS, RAYBOUN & STONE
105 E. GREGORY SQUARE
PENSACOLA, FL 32502

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

_____William C. _____
(By) DEPUTY CLERK

DATE  3/10/08

RECEIVED
MAR 24 2008
COVINGTON COUNTY SHERIFF'S DEPT.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-26-08         Ed Byron  PS  2319
            Date              Signature of Server

_____
Address of Server

**RETURNED AND FILED**

APR 0 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  3-26-08 |
| NAME OF SERVER (PRINT)  ED BYERS | TITLE  DEPUTY PS |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CAPTAIN RUSTY PATTERSON  A.P.D.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-26-08        Ed Byers PS 2319
                Date            Signature of Server

_____
Address of Server

RETURNED AND FILED

APR 0 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ABBEY MARIE JOHNSON

**SUMMONS IN A CIVIL ACTION**

V.
ANDALUSIA POLICE DEPARTMENT,
ET AL.

CASE NUMBER: 2:08-CV-157

TO: (Name and address of Defendant)

OFFICER DARREN RAINES
ANDALUSIA POLICE DEPARTMENT
102 OPP AVENUE
ANDALUSIA, AL 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ERIC D. STEVENSON, ESQ.
WHIBBS, RAYBOUN & STONE
105 E. GREGORY SQUARE
PENSACOLA, FL 32502

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    3/10/08        **RECEIVED**
CLERK                               DATE
                                                    MAR 2 4 2008
(By) DEPUTY CLERK
                                                    COVINGTON COUNTY PURPOSES DEPT.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-26-08
             Date

Signature of Server   Ed Byers  TS 2319

Address of Server

RETURNED AND FILED

APR 0 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3-26-08 |
| NAME OF SERVER *(PRINT)* ED BYERS | TITLE Deputy TS 2319 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Rusty PATTERSON A.P.D. (CAPTAIN)

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3-26-08__        __Ed Byers TS 2319__
              Date                    Signature of Server

_____
Address of Server

**RETURNED AND FILED**

APR 0 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.