IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ABBEY MARIE JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:08-cv-157 |
| | ) |
| **ANDALUSIA POLICE** | ) |
| **DEPARTMENT, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants the City of Andalusia (incorrectly identified as the "Andalusia Police Department"), Capt. Rusty Patterson, Officer Steven McGowin, and Officer Darren Raines move to dismiss all claims against them for failure to state a claim upon which relief can be granted. Capt. Patterson, Officer McGowin, and Officer Raines assert the defense of qualified immunity against all claims.

                                                                     **s/ James H. Pike**
                                                                     James H. Pike (PIK003)
                                                                     Attorney for Defendants
                                                                     The City of Florala, Alabama, Capt. Rusty Patterson, Officer Steven McGowin, and Officer Darren Raines

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36303-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on May 2, 2008, I electronically served this document upon:

James R. Murray
420 East Pine Avenue
Crestview, Florida  32536

Eric D. Stevenson
WHIBBS, RAYBOUN & STONE
105 East Gregory Square
Pensacola, Florida  32502

                                         **s/ James H. Pike**
                                         James H. Pike