## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ABBEY MARIE JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:08-cv-157 |
| | ) |
| **ANDALUSIA POLICE** | ) |
| **DEPARTMENT, et al.,** | ) |
| | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

Defendants the City of Andalusia (incorrectly identified as the "Andalusia Police Department"), Capt. Rusty Patterson, Officer Steven McGowin, and Officer Darren Raines make the following conflict disclosure:

1. The City of Andalusia, Alabama, is a governmental entity.
2. Capt. Rusty Patterson is an individual.
3. Officer Steven McGowin is an individual.
4. Officer Darren Raines is an individual.

    s/ James H. Pike
    James H. Pike (PIK003)
    Attorney for Defendants
    The City of Florala, Alabama, Capt. Rusty Patterson, Officer Steven McGowin, and Officer Darren Raines

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36303-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

## CERTIFICATE OF SERVICE

    I, James H. Pike, certify that on May 2, 2008, I electronically served this document upon:

    James R. Murray
    420 East Pine Avenue
    Crestview, Florida  32536

    Eric D. Stevenson
    WHIBBS, RAYBOUN & STONE
    105 East Gregory Square
    Pensacola, Florida  32502

                                             **s/ James H. Pike**
                                             James H. Pike