IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ABBEY MARIE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:08cv157-SRW |
| | ) |
| ANDALUSIA POLICE DEPARTMENT, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendants' motion to dismiss (Doc. # 12), filed May 2, 2008, and for good cause, it is

ORDERED that plaintiff is DIRECTED to file a response to the motion on or before May 23, 2008.  It is further

ORDERED that defendants may file a reply to the response on or before May 30, 2008.

Done, this 2nd day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE