**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 19, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Johnson v. Andalusia Police Department et al
      Civil Action No. 2:08-cv-00157-SRW

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now **2:08-cv-00157-MHT**. This new case number should be used on all future correspondence and pleadings in this action.