IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ABBEY MARIE JOHNSON,         )
                             )
    Plaintiff,               )
                             )           CIVIL ACTION NO.
    v.                       )           2:08cv157-MHT
                             )
ANDALUSIA POLICE             )
DEPARTMENT, et al.,          )
                             )
    Defendants.              )
```

## ORDER

It is ORDERED that the motion to stay discovery (Doc. No. 19) is set for submission, without oral argument, on July 11, 2008, with all briefs due by said date.

DONE, this the 24th day of June, 2008.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE