IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ABBEY MARIE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv157-MHT |
| | ) | (WO) |
| ANDALUSIA POLICE DEPARTMENT, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Upon consideration of the motion for protective order filed by defendants Patterson,

McGowin and Raines on August 4, 2008 (Doc. # 23), and for good cause, it is

ORDERED that the motion is GRANTED to the extent that plaintiff may not conduct

discovery against defendants Patterson, McGowin and Raines pending a decision by the

District Judge on defendants' motion to stay discovery (Doc. # 19).

DONE, this 7th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE